IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA A. GALLAGHER,<br><br>    *Plaintiff*,<br><br>v.<br><br>CENTRAL VALLEY SCHOOL DISTRICT,<br><br>    *Defendant*. | Civil Action No. 2:22-cv-1791<br><br>Hon. William S. Stickman IV |

## JUDGMENT ORDER

AND NOW, this **28** day of August 2024, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Defendant Central Valley School District and against Plaintiff Theresa A. Gallagher. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE